IN RE STRATTON

No. 563P02

Case below: 153 N.C. App. 428

Petition by respondents, (Jack and Cathy Stratton) for writ of supersedeas and motion for temporary stay denied 4 November 2002. Motions by Petitioner (Mecklenburg County Department of Social Services) and Guardian ad litem to dismiss the appeal by respondents

(Jack and Cathy Stratton) for lack of substantial constitutional question allowed 21 November 2002. Petition by respondents (Jack and Cathy Stratton) for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002. Motion by respondents (Jack and Cathy Stratton) to reconsider denial of writ of supersedeas and motion for temporary stay dismissed 21 November 2002.